1    **LARRY WINN ARRANT ID# 21753-6**
     **2100 Napa Vallejo Highway Unit T-7**
2    **Napa, CA 94558**
     **(707) 255-6219**
3    **(707) 252-9814**
     (Failure to notify the Court of your change of address may result in dismissal of this action.)

4

```
                          ┌─────────────────────────────┐
                          │           FILED             │
                          │                             │
                          │          Jun 28 2022        │
                          │         Mark B. Busby        │
                          │  CLERK, U.S. DISTRICT COURT  │
                          │ NORTHERN DISTRICT OF CALIFORNIA│
                          │           OAKLAND            │
                          └─────────────────────────────┘
```

5    # UNITED STATES NORTHERN  DISTRCICT CIVIL COURT SAN FRANCICO CALIFORNIA

6

7                                                    22-cv-3801-DMR
        **LARRY ARRANT**          )    **Case No.**
8            Plaintiff            )         (To be supplied by the clerk)
        **V.**                    )
9                                 )    **UNLIMITED CIVIL RIGHTS LAWSUIT**

10      SACRAMENTO COUNTY JAIL    )

11      _____ Defendants _____ )

12

13                          **COMPLAINT:**

14

15          In November of 2022, I Larry Winn Arrant was placed in Sacramento county
     jail, I walked in on my own two feet and exited the jail in January of 2022 on a
16   wheelchair. Upon arriving in jail, I was put in the medical Pod, because I recently had
     open heart surgery. I was later moved from the medical Pod, and paced in psychiatric
17   Pod, with an inmate that was known to be violent. He attacked me while I was laying
     face down, on my own bed. He had severely injured me, and I couldn't reach the bell,
18   because I was so badly hurt. I later told the attending staff, that I was injured. I was told
     by the officer, "That if they had known I was in there, that they would have moved me".
19   I was moved to another Pod and then was quickly moved from the jail to Napa State
     hospital.
20          I came into the jail walking, and came out on a wheelchair, due to this incident. I am
     seeking $4.0 million dollars for my pain, suffering, and any future medical treatment, or
21   surgeries that I might need due to Gross negligence on the jails part. Although I'll listen to, and
     consider any reasonable proposed settlement, on this unlimited lawsuit.  Again, "I was
21   recovering from open heart surgery, that takes nine months to a year to recover from", I now
     sleep the majority of the day, due to this incident.
22                          **Seriously,**
                            **LARRY ARRANT 6-22-22**
23

24

                            **Page 1**

PR-10

# RECORD ADDENDUM
## (MAXIMUM 250 WORDS)

**PATIENT NAME: Larry Winn Arrant**          **NUMBER: 217153-6**
**DATE OF RECORD ENTRY:** June 22nd , 2022

## January 2022 – June 2022:

**FACTS:** In November of 2022, I Larry Winn Arrant was placed in Sacramento county jail, I walked in on my own two feet and exited the jail in January of 2022 on a wheelchair. Upon arriving in jail, I was put in the medical Pod, because I recently had open heart surgery. I was later moved from the medical Pod, and paced in psychiatric Pod, with an inmate that was known to be violent. He attacked me while I was laying face down, on my own bed. He had severely injured me, and I couldn't reach the bell, because I was so badly hurt. I later told the attending staff, that I was injured. I was told by the officer, "That if they had known I was in there, that they would have moved me".  I was moved to another Pod and then was quickly moved from the jail to Napa State hospital.

_Larry Winn Arrant_
**SIGNATURE**

**JUNE 21st, 2022**
**DATE SIGNED**

JUNE 22nd , 2022

# Unlimited civil lawsuit cover sheet:

# GROSS NEGLIGEANCE

# LARRY ARRANT  VS. SACRAMENTO COUNTY JAIL:

# Gross Negligence

# JUNE 22nd, 2022  LARRY WINN ARRANT

_(signature)_

**Signature of plaintiff**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO CIVIL COURT


Larry Arrant                      Case Number:
Plaintiff or Petitioner

V.

Sacramento County Jail            PROOF OF SERVICE
Defendant or Respondent

---

I hereby certify that on JUNE, 22nd 2022, I served a copy of the attached

(Date)

Unlimited Civil lawsuit, against Sacramento county jail Containing covers sheet, addendum, complaint,

summons, motion, and an APPLICATION TO PROCEED IN FORMA PAUPERIS

(Title of Document Served and Filed)

by placing a copy in a postage paid envelope addressed to person(s) hereinafter listed, by depositing

said envelope in the United States Mail at Napa state hospital

(Location of Mailing)


**(List Name and Address of Each Defendant or Attorney Served)**


I declare under penalty of perjury that the foregoing is true and correct.


(Name of Person Completing Service)